UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D2 ADRIAN FLUELLEN,

        Defendant.

Case No. 23-cr-20608-2
Hon. Matthew F. Leitman

## PRELIMINARY ORDER OF FORFEITURE

      Based on defendant Adrian Fluellen's guilty plea to Count One, Wire Fraud and Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349 and Count Four, Wire Fraud and Aiding and Abetting Wire Fraud, in violation of 18 U.S.C. § 1343 and 2, the Government's Application for Entry of Preliminary Order of Forfeiture, and other information contained in the record, and pursuant to 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The defendant, Adrian Fluellen, shall forfeit to the United States his interest of any and all property, real or personal, which constitutes proceeds obtained or derived, directly or indirectly, from his violations of

      18 U.S.C. §§ 1349 and 1343, as charged in Counts One and Four of the Information.

2. A forfeiture money judgment in the amount of **Two Hundred Thirty-Three Thousand One Hundred Ninety-Six Dollars 00/100 ($233,196.00)**, against the defendant in favor of the United States which represents the total amount of proceeds the defendant obtained or derived, directly or indirectly, from his violations of 18 U.S.C. §§ 1349 and 1343.

3. If defendant does not pay the forfeiture money judgment, the United States may move to satisfy the forfeiture money judgment with any assets that the defendant has now or may later acquire. Later acquired assets may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2). The United States is permitted to undertake whatever discovery is necessary to identify, locate, or dispose of substitute assets under Fed. R. Crim. P. 32.2(b).

4. This Preliminary Order of Forfeiture shall become final at sentencing and entry of the forfeiture money judgment shall be made part of the defendant's sentence and included in the Judgment and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

5. The United States may conduct discovery in accordance with the Federal Rules of Civil Procedure in order to collect on and enforce the forfeiture money judgment.

6. The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e) to allow forfeiture of substitute assets to satisfy the forfeiture money judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 30, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 30, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126